In the Matter of the Accounting of HYMAN WANK, Public Administrator of Kings County, as Administrator of the Estate of MIKE SHASKUS, Deceased, Respondent. STANLEY STUMBERS, Appellant; SIDNEY SQUIRE, as Special Guardian for "MARY" SHASKUS, et al., Respondents.—Appeal from a decree of the Surrogate's Court, Kings County, which dismissed a claim by appellant for the reasonable value of board, lodging and other services allegedly furnished decedent. Decree unanimously affirmed, with costs to respondents filing separate briefs, payable out of the estate. No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.